NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE W. ANDREWS, et al., | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, | **ORDER** |
| v. | Civil Action No. 03-CV-5200(DMC) |
| HOME DEPOT, U.S.A., INC., | |
| Defendants. | |

This matter coming before the Court upon motion by Defendant Home Depot, U.S.A., Inc. to dismiss Plaintiffs' Section 1981 Class Claims and to strike all claims in Plaintiffs' Amended Complaint. Defendant filed this motion in 12-point with this Court's permission and Plaintiffs objected. Pursuant to Judge Falk's Scheduling Order of March 26, 2008, all discovery must be completed by June 25, 2008 and Plaintiffs object to the burden of opposing Defendant's motion while also conducting depositions under this deadline. After a telephone conference on the issue,

IT IS on this __17__ day of April, 2008;

**ORDERED** that Defendant Home Depot, U.S.A., Inc.'s motion to dismiss is **denied without prejudice**, and Defendant is free to submit same once the subject depositions have been completed.

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            The Honorable Mark Falk, U.S.M.J.
            File