NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE W. ANDREWS, JULIUS BASSIE, SOLOMON FORKAY, ROGER MONTOYA, RENE SANTOS, JORGE SANTOS, EDGAR V. CRUZ, MANUEL DE LA CAMARA, JOSE PICADO and EDENS ANDRE, individually and on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., JOHN DOES 1-10; and ABC CORPORATIONS 1-10,<br><br>Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 03-CV-5200 (DMC) |

This matter coming before the Court upon an appeal of Magistrate Judge Falk's May 29, 2008 Amended Order by Plaintiffs George W. Andrews, Julius Bassie, Solomon Forkay, Roger Montoya, Renee Santos, Jorge Santos, Edgar V. Cruz, Manuel de la Camara, Jose Picado and Edens Andre ("Plaintiffs"), individually and on behalf of themselves and all others similarly situated, and the Court having reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

IT IS on this   11th   day of August, 2008;

**ORDERED** that Plaintiffs' appeal of the May 29, 2008 Amended Order of Magistrate Judge Mark Falk is **denied** and the May 29, 2008 Amended Order of Magistrate Judge Mark Falk is **affirmed.**

    S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk |
| cc: | All Counsel of Record |
| | Hon. Mark Falk, U.S.M.J. |
| | File |